# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chad Anthony Lucabaugh<br>Debtor | BK NO. 15-04588 MDF<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

Re: Loan # Ending In: 1224

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant