IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Chad Anthony Lucabaugh | : | |
| | : | Chapter 13 |
|         Debtor | : | |
| | : | Case No. 1:15-bk-04588 |
| JP Morgan Chase Bank, N.A. | : | |
|     Movant | : | |
|        v. | : | Answer to Motion for Relief |
| | : | from Stay |
| Chad Anthony Lucabaugh | : | |
|     Respondent | : | |
| | : | |

## RESPONDENT REPLY TO MOTION FOR
## RELIEF FROM AUTOMATIC STAY OF SECURED CREDITOR

AND NOW, this 13th day of October, 2016, come the respondent, Chad Anthony Lucabaugh, by and through counsel, the CGA Law Firm, Craig S. Sharnetzka, Esquire, and do file the within response averring that:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied as stated. It is admitted that the Debtor has made some post-petition payments to date, the last payment made on the account was on September 27, 2016, in the amount of $1,900.00.

6. Denied. The Debtor admits that he has made some payments, but he is uncertain as to the exact amount needed to reinstate the loan.

7. Denied. There is equity in the Vehicle. According to the Proof of Claim filed by the Movant in the within Chapter 13 Bankruptcy, the value of the Vehicle is

$26,275.00 while the Proof of Claim reflects a balance of $21,754.41 or less. Due to the equity cushion, Creditor is adequately protected.

8.	Denied. Movant is not entitled to a waiver of Rule 4001(a)(3).

WHEREFORE, it is requested that the relief sought not be granted.

Respectfully submitted,

CGA Law Firm, PC

/s/ Craig S. Sharnetzka
Craig S. Sharnetzka, Esquire
Sup. Ct. I.D. No. 83863
135 North George Street
York, PA 17401
(717) 848-4900
Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Chad Anthony Lucabaugh | : | |
| | : | Chapter 13 |
|        Debtor | : | |
| | : | Case No. 1:15-bk-04588 |
| JPMorgan Chase Bank | : | |
|      Movant | : | |
|       v. | : | Answer to Motion for Relief |
| | : | from Stay |
| Chad Anthony Lucabaugh | : | |
|      Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016, service upon all interested parties indicated below was made by sending a true and correct copy of the Answer to Motion for Relief, by ECF and/or regular US Mail, postage prepaid, upon:

Charles J. DeHart, III, Esquire (Trustee)
ECF

Joshua I. Goldman, Esquire
Suite 5000- BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

                                                    /s/ Craig S. Sharnetzka
                                                    Craig S. Sharnetzka, Esquire