# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chad Anthony Lucabaugh <br> <u>Debtor</u> | CHAPTER 13 |
| JPMorgan Chase Bank, N.A. <br> <u>Movant</u> <br> vs. <br> Chad Anthony Lucabaugh <br> <u>Debtor</u> | NO. 15-04588 MDF |
| Charles J. DeHart, III Esq. <br> <u>Trustee</u> | Nature of Proceeding: Motion for Relief |

**REQUEST TO CONTINUE HEARING WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; <u>both parties are attempting settlement.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 7, 2016

**/s/ Joshua I. Goldman, Esquire** \_\_\_\_\_
Joshua I. Goldman, Esquire
Attorney for Movant
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Fax (215) 825-6406