# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**CHAD ANTHONY LUCABAUGH**
aka Chad A. Lucabaugh,

    Debtor(s)

**JPMORGAN CHASE BANK, N.A.,**

    Movant(s)
vs.
**CHAD ANTHONY LUCABAUGH**
aka Chad A. Lucabaugh and
**CHARLES J. DEHART, III, ESQUIRE
(TRUSTEE),**

    Respondent(s)

| | |
|---|---|
| Chapter | **13** |
| Case Number: | **1:15-bk-04588-MDF** |
| Document No.: | **53** |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by January 19, 2017, the Court may deny this Motion without further notice.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: December 8, 2016