In re:  
Chad Anthony Lucabaugh  
    Debtor

Case No. 15-04588-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini     Page 1 of 1     Date Rcvd: May 22, 2017  
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.  
db          +Chad Anthony Lucabaugh,    800 East Butter Road,    York, PA 17406-6027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:

        Alexandra Teresa Garcia     on behalf of Creditor     Bayview Loan Servicing, LLC ecfmail@mwc-law.com  
        Ann E. Swartz     on behalf of Creditor     Bayview Loan Servicing, LLC ASwartz@mwc-law.com, ecfmail@mwc-law.com  
        Celine P DerKrikorian     on behalf of Creditor     Bayview Loan Servicing, LLC ecfmail@mwc-law.com  
        Celine P DerKrikorian     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        Charles J. DeHart, III (Trustee)     dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        Craig S. Sharnetzka     on behalf of Debtor Chad Anthony Lucabaugh csharnetzka@cgalaw.com, tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com  
        Jill Manuel-Coughlin     on behalf of Creditor     BANK OF AMERICA, N.A. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        Joshua I Goldman     on behalf of Creditor     JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Karl M Ledebohm     on behalf of Creditor     Members 1st Federal Credit Union kledebohm@epix.net  
        Recovery Management Systems Corporation     claims@recoverycorp.com  
        Thomas I Puleo     on behalf of Creditor     JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee     ustpregion03.ha.ecf@usdoj.gov

                                                                                                                            TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| **CHAD ANTHONY LUCABAUGH** aka CHAD A. LUCABAUGH | : CASE NO. 1-15-BK-04588-RNO |
| DEBTOR | : |
| | : 11 U.S.C. Section 362 |
| **MEMBERS 1ST FEDERAL CREDIT UNION** | : Motion for relief from Automatic |
| | : Stay |
| MOVANT | : |
| vs. | : |
| **CHAD ANTHONY LUCABAUGH** aka CHAD A. LUCABAUGH | : |
| RESPONDENT(S) | : |

## ORDER

**AND NOW,** tupon consideration of the Amendment To Stipulation In Settlement Of Motion For Relief From The Automatic Stay With One Hundred Eighty (180) Day Bar filed on May 12, 2017 (the "Amendment to Stipulation") between Member's 1st Federal Credit Union ("Members 1st"), Debtor, Chad Anthony Lucabaugh aka Chad A. Lucabaugh and Charles J. DeHart, III, Chapter 13 Trustee, in connection with the Motion for Relief from the Automatic Stay filed on behalf of Members 1st in the above captioned matter, **IT IS HEREBY ORDERED THAT** the Amendment to Stipulation is **APPROVED**. A further Order of the Court shall be necessary to lift the Automatic Stay.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

Dated: May 22, 2017