IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
Chad Lucabaugh :
:
Debtor : Case No. 1:15-bk-04588-MDF
:

AMENDED ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the application filed by Craig S. Sharnetzka, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days notice period, it is hereby

ORDERED that counsel fees for the period of time beginning January 12, 2017 through October 26, 2017, in the amount of $3,829.50 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from January 12, 2017 through October 26, 2017, in the amount of $63.56 for a total award of $3,893.06 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $838.00 from the Debtor and $8,348.99 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $3,893.06 through the Plan to Debtor's Counsel.