```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 15-04588-HWV
Chad Anthony Lucabaugh                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 1    Date Rcvd: Aug 22, 2019
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4813869    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 22 2019 19:21:44
      Bayview Loan Servicing, LLC,   4425 Ponce de Leon Boulevard,   5th Floor,
      Coral Gables, FL 33146-1837
                                                                                                                                                   TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
        Alexandra Teresa Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        Ann E. Swartz   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
         Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
        Ann E. Swartz   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        Celine P DerKrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com
        Celine P DerKrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company ecfmail@mwc-law.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Craig S. Sharnetzka   on behalf of Debtor 1 Chad Anthony Lucabaugh csharnetzka@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
         com;r48835@notify.bestcase.com
        Jill Manuel-Coughlin   on behalf of Creditor   Bayview Loan Servicing, LLC jill@pkjllc.com,
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        Jill Manuel-Coughlin   on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkjllc.com,
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Raymond M Kempinski   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        Recovery Management Systems Corporation   claims@recoverycorp.com
        Thomas I Puleo   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                 TOTAL: 14

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04588-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Chad Anthony Lucabaugh
800 East Butter Road
York PA 17406

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/21/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146 | AJAX MORTGAGE LOAN TRUST, ET AL... P.O. Box 742334 Los Angeles, CA 90074 AJAX MORTGAGE LOAN TRUST, ET AL... P.O. Box 742334 Los Angeles, CA 90074 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/24/19

Terrence S. Miller
**CLERK OF THE COURT**