LOCAL BANKRUPTCY FORM 9013-4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Chad Anthony Lucabaugh<br><br>**Debtor(s)**<br><br>AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE<br>**Movant**<br>v.<br><br>Chad Anthony Lucabaugh<br>Jack N. Zaharopoulos, Esq., Trustee<br>**Debtors/Respondents** | CHAPTER 13<br><br>CASE NO. 15-04588 HWV<br><br>Nature of Proceeding:<br><br>Motion for Relief from Stay<br><br>Document #:132 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance: Parties are negotiating the terms to resolve the Motion for Relief.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 23, 2021        */s/ Sarah McCaffery, Esquire*
                              *Sarah McCaffery*, Esquire
                              Attorney for Movant
                              Phone Number: 215-942-2090

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.