| In re: | Case No. 15-04588-HWV |
|---|---|
| Chad Anthony Lucabaugh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Angela S Lucabaugh, 800 East Butter Road, York, PA 17406-6027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| Craig S. Sharnetzka | on behalf of Debtor 1 Chad Anthony Lucabaugh csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Harry B. Reese | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | |

|  |  |
|---|---|
|  | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Joshua I Goldman | on behalf of Creditor JPMORGAN CHASE BANK N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lauren Marie Moyer | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Raymond M Kempinski | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Sarah K. McCaffery | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com |
| Thomas I Puleo | on behalf of Creditor JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Chad Anthony Lucabaugh aka Chad A. Lucabaugh<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>15-04588 HWV |
| AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUNDSOCIETY, FSB, TRUSTEE<br>Movant<br>v.<br>Chad Anthony Lucabaugh aka Chad A. Lucabaugh<br>Angela S. Lucabaugh (Co-Debtor)<br><br>Jack N. Zaharopoulos, Esquire<br>Respondents | |

## ORDER APPROVING STIPULATION

AND NOW, this 24th day of September, 2021, the Stipulation Resolving AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUNDSOCIETY, FSB, TRUSTEE's Motion for Relief from the Automatic Stay is hereby approved.

Dated: September 24, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)