United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 15-04588-HWV
Chad Anthony Lucabaugh  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 5
Date Rcvd: Feb 10, 2022            Form ID: 3180W            Total Noticed: 98

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad Anthony Lucabaugh, 800 East Butter Road, York, PA 17406-6027 |
| 5237294 | + | AJAX MORTGAGE LOAN TRUST, ET AL..., P.O. Box 742334, Los Angeles, CA 90074-2334 |
| 5237295 | + | AJAX MORTGAGE LOAN TRUST, ET AL..., P.O. Box 742334, Los Angeles, CA 90074, AJAX MORTGAGE LOAN TRUST, ET AL..., P.O. Box 742334 Los Angeles, CA 90074-2334 |
| 5440244 | | AJX Mortgage Trust I, Et Al, PO Box 742334, Los Angeles, CA 90074-2334 |
| 4712683 | | ALLSTATE INSURANCE COMPANY, P.O. BOX 4344, CAROL STREAM, IL 60197-4344 |
| 4712685 | + | AMATO AND LESS P.C., 107 NORTH COMMERCE WAY, BETHLEHEM, PA 18017-8913 |
| 4782054 | + | BROWN LAW, PLLC, 3030 GESSNER, SUITE 200, HOUSTON, TX 77063-3733 |
| 4791960 | + | Bayview Loan Servicing, 285 Grand Avenue 200, Southlake TX 76092-7657 |
| 5128697 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 4712697 | | CAPITAL ONE BANK, 3800 GOLF ROAD, SUITE 105, ROLLING MEADOWS, IL 60008-4028 |
| 4712699 | | CHASE, PO BOX 901003, COLUMBUS, OH 43224 |
| 4712679 | + | CRAIG S. SHARNETZKA, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 4717314 | | Donald B. Hoyt, Esq., Blakey Yost Bupp & Rausch, LLP, 17 E Mar, York, PA 17401 |
| 4712714 | | ERIE INSURANCE CO., 100 ERIE INSURANCE PLACE, ERIE, PA 16590 |
| 4712716 | + | ERIE INSURANCE EXCHANGE, RMS, PO BOX 280431, EAST HARTFORD, CT 06128-0431 |
| 4712717 | + | FIRST CAPITAL CREDIT UNION, PO BOX 7746, YORK, PA 17404-0746 |
| 4712720 | | FIRST CAPITAL FCU, PO BOX 7746, YORK, PA 17404-0746 |
| 4712721 | + | FIRST CAPITAL FCU, 1720 LOUCKS ROAD, YORK, PA 17408-9709 |
| 4712718 | + | FIRST CAPITAL FCU, 1601 KENNETH ROAD, YORK, PA 17408-2228 |
| 4712719 | + | FIRST CAPITAL FCU, PO BOX 3789, EVANSVILLE, IN 47736-3789 |
| 4782056 | + | FLEET CORE UNIVERSAL, 5445 TRIANGLE PARKWAY, SUITE 400, NORCROSS, GA 30092-2575 |
| 4718891 | | First Capital Federal Credit Union, P.O. Box 7746, York, PA 17404-0746 |
| 4712723 | + | JOSHUA L. BENNETT, 701 LOCUST STREET, APT. H, COLUMBIA, PA 17512-1263 |
| 4712724 | | KEEFER WOOD ALLEN & RAHAL, LLP, 417 WALNUT STREET, 4TH FLOOR, PO BOX 11963, HARRISBURG, PA 17108-1963 |
| 4712725 | | KODAK LAW OFFICES, P.C., 407 NORTH FRONT STREET, P.O. BOX 11848, HARRISBURG, PA 17108-1848 |
| 4712729 | + | LAW FIRM OF ALLAN C. SMITH, P.C., BUCKS COUNTY OFFICE CENTER, 1276 VETERANS HWY., STE. E-1, BRISTOL, PA 19007-2597 |
| 4712734 | | MEMBERS 1ST FCU, PO BOX 2109, MECHANICSBURG, PA 17055-1719 |
| 4712735 | + | MEMBERS 1ST FCU, 2145 WHITE ST, YORK, PA 17404-4954 |
| 4717018 | | Mark D. Evans, Esquire, Stock and Leader, 221 W. Philadelphia St., Suite E600, York, PA 17401-2994 |
| 4712681 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 4712739 | + | POWERS, KIRN & ASSOCIATES, LLC, EIGHT NESHAMINY INTERPLEX, SUITE 215, TREVOSE, PA 19053-6980 |
| 4712740 | + | R.E. MICHEL CO., INC., P.O. BOX 2318, BALTIMORE, MD 21203-2318 |
| 4712741 | + | RECEIVABLES MANAGEMENT SERVICES, PO BOX 361447, COLUMBUS, OH 43236-1447 |
| 4712742 | + | RMS, 9954 MAYLAND DR., SUITE 6100, PO BOX 26446, HENRICO, VA 23233-1480 |
| 4712743 | + | SAFECO INSURANCE, 701 MORRIS AVENUE, LUTHERVILLE TIMONIUM, MD 21093-4919 |
| 4712744 | + | SCHAEDLER YESCO DISTRIBUTION, INC., 3982 PAXTON ST, PO BOX 4990, HARRISBURG, PA 17111-0990 |
| 4712680 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 4712745 | | STOCK & LEADER P.C., SUSQUEHANNA COMMERCE CENTER EAST, 221 W. PHILADELPHIA, STE. 600, YORK, PA 17401-2994 |
| 4712747 | | TRAVELERS INSURANCE, PO BOX 660317, DALLAS, TX 75266-0317 |
| 4712746 | + | TRAVELERS INSURANCE, ATTN: CONSUMER AFFAIRS, ONE TOWER SQUARE, 8MS, HARTFORD, CT 06183-0002 |
| 4712748 | | UNIVERSAL PREMIUM, P.O. BOX 212516, KANSAS CITY, MO 64121 |
| 4712750 | | VERLANCE, INC., 43525 RIDGE PARK DR., STE 300, TEMECULA, CA 92590-3682 |

| | | |
|---|---|---|
| 4712751 | + | WELLSPAN HEALTH, 1001 S. GEORGE STREET, YORK, PA 17403-3676 |
| 4712752 | + | WELLSPAN HEALTH PHYSICIAN BILLING, 1803 MOUNT ROSE AVE., SUITE B3, YORK, PA 17403-3051 |
| 4712753 | #+ | WEX BANK, 7090 S. UNION PARK AVE., SUITE 350, MIDVALE, UT 84047-6023 |
| 4712754 | + | WEX INC. CORPORATE OFFICE, 225 GORHAM ROAD, SOUTH PORTLAND, ME 04106-2408 |
| 4712755 | + | YALE ELECTRIC SUPPLY CO., P.O. BOX 647, LEBANON, PA 17042-0647 |
| 4712757 | | YORK HOSPITAL, 3550 WHITEFORD ROAD, YORK, PA 17402-9081 |
| 4712758 | + | YORKTOWN POOLS & SPAS, C/O BLAKEY, YOST, BUPP & RAUSCH LLP, 17 EAST MARKET STREET, YORK, PA 17401-1205 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4712684 | | EDI: CCS.COM | Feb 10 2022 23:48:00 | ALLSTATE INSURANCE COMPANY, C/O CCS, P.O. BOX 55156, BOSTON, MA 02205-5156 |
| 4712686 | + | Email/Text: rperez@arcadiarecovery.com | Feb 10 2022 18:45:00 | ARCADIA RECOVERY BUREAU, 645 PENN ST 4TH FLOOR, READING, PA 19601-3559 |
| 4712688 | + | EDI: BANKAMER.COM | Feb 10 2022 23:48:00 | BANK OF AMERICA, 450 AMERICAN STREET, SIMI VALLEY, CA 93065-6285 |
| 4712687 | + | EDI: BANKAMER.COM | Feb 10 2022 23:48:00 | BANK OF AMERICA, 1800 TAPO CANYON RD, SIMI VALLEY, CA 93063-6712 |
| 4712689 | + | EDI: BANKAMER.COM | Feb 10 2022 23:48:00 | BANK OF AMERICA NA, 7105 COROPORATE DRIVE, PLANO, TX 75024-4100 |
| 4712690 | + | Email/Text: updates@brennanclark.com | Feb 10 2022 18:45:00 | BRENNAN & CLARK LTD, 721 E MADISON ST, VILLA PARK, IL 60181-3083 |
| 4712691 | + | Email/Text: gamillerlaw@msn.com | Feb 10 2022 18:44:00 | BROMBERG & MILLER, 1030 FIFTH AVENUE, PITTSBURGH, PA 15219-6219 |
| 4712692 | + | Email/Text: notices@burt-law.com | Feb 10 2022 18:45:00 | BURTON NEIL & ASSOCIATES, 1060 ANDREW DR. SUITE 170, WEST CHESTER, PA 19380-5600 |
| 4813869 | + | EDI: LCIBAYLN | Feb 10 2022 23:48:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 4712693 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 18:49:02 | CACH LLC, 4340 S MONACO ST UNIT 2, DENVER, CO 80237-3485 |
| 4712695 | | EDI: CAPITALONE.COM | Feb 10 2022 23:48:00 | CAPITAL ONE BANK USA NA, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 4712694 | + | EDI: CAPITALONE.COM | Feb 10 2022 23:48:00 | CAPITAL ONE BANK (USA), N.A.*, 1680 CAPITAL ONE DRIVE, MC LEAN, VA 22102-3407 |
| 4712696 | | EDI: CAPITALONE.COM | Feb 10 2022 23:48:00 | CAPITAL ONE BANK*, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4712698 | | EDI: CCS.COM | Feb 10 2022 23:48:00 | CCSC, PO BOX 935, PORTSMOUTH, NH 03802-0935 |
| 4712707 | | EDI: CITICORP.COM | Feb 10 2022 23:48:00 | CITIBANK, N.A.*, 11500 N. AMBASSADOR DR., SUITE 400, KANSAS CITY, MO 64153 |
| 4712706 | + | EDI: CITICORP.COM | Feb 10 2022 23:48:00 | CITIBANK, N.A., 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |
| 4712708 | + | EDI: COMCASTCBLCENT | Feb 10 2022 23:48:00 | COMCAST, 221 W. PHILADELPHIA STREET, SUITE 12, YORK, PA 17401-2992 |
| 4712709 | | EDI: COMCASTCBLCENT | Feb 10 2022 23:48:00 | COMCAST, PO BOX 985, TOLEDO, OH 43697-0985 |
| 4712711 | + | EDI: COMCASTCBLCENT | Feb 10 2022 23:48:00 | COMCAST CABLE, 1555 SUZY ST., |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | LEBANON, PA 17046-8318 |
| 4712710 | EDI: COMCASTCBLCENT | Feb 10 2022 23:48:00 | COMCAST CABLE, PO BOX 3006, SOUTHEASTERN, PA 19398-3006 |
| 4712713 | + EDI: CCS.COM | Feb 10 2022 23:48:00 | CREDIT COLLECTION SERVICES, TWO WELLS AVENUE, NEWTON CENTER, MA 02459-3225 |
| 4730496 | EDI: CAPITALONE.COM | Feb 10 2022 23:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4754287 | Email/PDF: bncnotices@becket-lee.com | Feb 10 2022 18:49:01 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4712715 | + Email/Text: bankruptcy@erieinsurance.com | Feb 10 2022 18:45:00 | ERIE INSURANCE CO., 100 ERIE INSURANCE PLACE, ERIE, PA 16530-0001 |
| 4712722 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Feb 10 2022 18:44:00 | HUNTER WARFIELD, INC., 4620 WOODLAND CORPORATE BLVD., TAMPA, FL 33614-2415 |
| 4712682 | EDI: IRS.COM | Feb 10 2022 23:48:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4712701 | EDI: JPMORGANCHASE | Feb 10 2022 23:48:00 | CHASE, OH4-7399, PO BOX 182613, COLUMBUS, OH 43218 |
| 4712700 | EDI: JPMORGANCHASE | Feb 10 2022 23:48:00 | CHASE, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 4712702 | EDI: JPMORGANCHASE | Feb 10 2022 23:48:00 | CHASE, PO BOX 78420, PHOENIX, AZ 85064-8420 |
| 4712705 | EDI: JPMORGANCHASE | Feb 10 2022 23:48:00 | CHASE AUTO FINANCE, P.O. BOX 78067, PHOENIX, AZ 85062 |
| 4712704 | EDI: JPMORGANCHASE | Feb 10 2022 23:48:00 | CHASE AUTO FINANCE, P.O. BOX 78101, PHOENIX, AZ 85062 |
| 4712703 | EDI: JPMORGANCHASE | Feb 10 2022 23:48:00 | CHASE AUTO FINANCE, P.O. BOX 901076, FORT WORTH, TX 76101 |
| 4741033 | EDI: JPMORGANCHASE | Feb 10 2022 23:48:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 4712726 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2022 18:44:00 | KOHL'S/CREDIT RECOVERY*, P.O. BOX 3004, MILWAUKEE, WI 53201-3004 |
| 4712727 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2022 18:44:00 | KOHLS/CAPITAL ONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-5660 |
| 4712728 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2022 18:44:00 | KOHLS/CAPITAL ONE, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 4712730 | EDI: CCS.COM | Feb 10 2022 23:48:00 | LIBERTY MUTUAL, PAYMENT PROCESSING CENTER - 27, PO BOX 55126, BOSTON, MA 02205-5126 |
| 4712731 | Email/Text: bankruptcies@libertymutual.com | Feb 10 2022 18:44:00 | LIBERTY MUTUAL INSURANCE, PO BOX 2051, KEENE, NH 03431-7051 |
| 4712732 | Email/Text: bankruptcies@libertymutual.com | Feb 10 2022 18:44:00 | LIBERTY MUTUAL INSURANCE, 9450 SEWARD ROAD, FAIRFIELD, OH 45014-5456 |
| 4712733 | + Email/Text: unger@members1st.org | Feb 10 2022 18:45:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 4712736 | + Email/Text: unger@members1st.org | Feb 10 2022 18:45:00 | MEMBERS 1ST FCU, 5000 LOUISE DRIVE, P.O. BOX 40, MECHANICSBURG, PA 17055-0040 |
| 4859969 | + Email/Text: unger@members1st.org | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 10 2022 18:45:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 4750560 | + | EDI: MID8.COM | Feb 10 2022 23:48:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4712737 | | Email/Text: Bankruptcies@nragroup.com | Feb 10 2022 18:45:00 | NATIONAL RECOVERY AGENCY, PO BOX 67015, HARRISBURG, PA 17106-7015 |
| 4712738 | + | Email/Text: Bankruptcies@nragroup.com | Feb 10 2022 18:45:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 4782057 | | Email/Text: bankruptcy@proconsrv.com | Feb 10 2022 18:44:00 | PRO CONSULTING SERVICES, INC, COLLECTIONS DIVISION, PO BOX 66768, HOUSTON, TX 77266-6768 |
| 4713834 | | EDI: RECOVERYCORP.COM | Feb 10 2022 23:48:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4712749 | + | EDI: CITICORP.COM | Feb 10 2022 23:48:00 | UNIVERSAL/CITIBANK, P.O. BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4712756 | | Email/Text: kcm@yatb.com | Feb 10 2022 18:44:00 | YORK ADAMS TAX BUREAU*, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4712712 | | CORNERSTONE SECURITY AND, ELECTRICAL, LLC |
| cr | *+ | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 4782055 | *+ | CACH LLC, 4340 S MONACO ST UNIT 2, DENVER, CO 80237-3485 |
| 4712678 | *+ | CHAD ANTHONY LUCABAUGH, 800 EAST BUTTER ROAD, YORK, PA 17406-6027 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com |

Celine P DerKrikorian
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Craig S. Sharnetzka
    on behalf of Debtor 1 Chad Anthony Lucabaugh csharnetzka@cgalaw.com
    tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com

Harry B. Reese
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com

Joshua I Goldman
    on behalf of Creditor JPMORGAN CHASE BANK N.A. josh.goldman@padgettlawgroup.com,
    angelica.reyes@padgettlawgroup.com

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Raymond M Kempinski
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

Sarah K. McCaffery
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com

Thomas I Puleo
    on behalf of Creditor JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 17

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Chad Anthony Lucabaugh**<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–4021<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–04588–HWV | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chad Anthony Lucabaugh
aka Chad A. Lucabaugh

2/10/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**