United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-04588-HWV |
| Chad Anthony Lucabaugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 26, 2022 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Chad Anthony Lucabaugh, 800 East Butter Road, York, PA 17406-6027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Craig S. Sharnetzka | on behalf of Debtor 1 Chad Anthony Lucabaugh csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Harry B. Reese | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| Jill Manuel-Coughlin | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET AL... bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bayview Loan Servicing  LLC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Joshua I Goldman | on behalf of Creditor JPMORGAN CHASE BANK  N.A. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com |
| Raymond M Kempinski | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Thomas I Puleo | on behalf of Creditor JPMORGAN CHASE BANK  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

In re:

| | |
|---|---|
| Chad Anthony Lucabaugh, <br> aka Chad A. Lucabaugh, | Chapter 13 |
| **Debtor 1** | Case No. 1:15−bk−04588−HWV |

Social Security No.:
        xxx−xx−4021

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 26, 2022

**fnldec** (01/22)